## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division

In Re: Debtor(s) (name(s) and address)  
Sandra K. Gries  
xxx–xx–4268  
2523 W. 63rd CT  
Merrillville, IN 46410

) Case Number: 18–21796–jra

) Chapter: 7

## ORDER UPON CONVERSION

At debtor/debtors' request, filed on May 8, 2019 , this case has been converted to chapter 7.

Any order to employer to pay trustee which may be in force is terminated. It is the debtor/debtors' responsibility to notify the employer that the order to employer to pay trustee is terminated.

SO ORDERED.

Dated: May 9, 2019

James R. Ahler  
_____  
Judge, United States Bankruptcy Court

Document No. 36